■ In the Matter of JOSEPH ROMEO, Petitioner, v KENNETH H. RESNIK, as Judge of the Rockland County Court, et al., Respondents. [775 NYS2d 880]—Proceeding pursuant to CPLR article 78 in the nature of prohibition and mandamus, inter alia, to prohibit the respondent Kenneth H. Resnik, a Judge of the County Court, Rockland County, from retrying the petitioner in a criminal action entitled *People v Romeo,* pending under Rockland County Indictment No. 03-00105 and to compel the respondent Kenneth H. Resnik to dismiss the indictment.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman,* 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue,* 68 NY2d 348, 352 [1986]). Similarly, the extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman,* 53 NY2d 12, 16 [1981]).

The petitioner has failed to demonstrate a clear legal right to the relief sought. Smith, J.P., H. Miller, Luciano and Townes, JJ., concur.

■ In the Matter of STATE FARM INSURANCE COMPANY, Appellant, v ANTON KARVALIS et al., Respondents. [775 NYS2d 571]—In a proceeding pursuant to CPLR article 75 to stay arbitration of an uninsured motorist claim, the petitioner appeals from an order of the Supreme Court, Orange County (McGuirk, J.), dated May 12, 2003, which denied the petition and dismissed the proceeding.

Ordered that the order is affirmed, with costs.

Contrary to the contention of State Farm Insurance Company, its petition for a stay of arbitration was properly denied as untimely (*see* CPLR 7503 [c]; *Matter of Steck [State Farm Ins. Co.],* 89 NY2d 1082 [1996]; *Matter of Hartford Ins. Co. v Buonocore,* 252 AD2d 500 [1998]; *Matter of Travelers Prop. Cas. Corp. v Klepper,* 275 AD2d 234 [2000]). Santucci, J.P., Florio, Schmidt and Rivera, JJ., concur.